Plaintiffs Original Petition

No.



In the United States District Court

for the Northern District of Texas

Dallas Division

3-25CV2335-G

Honesty L. Truth

v.

Black Lives Matter , et al ., defendant ,
In Defense of Black Lives , defendant ,
Black Lives Matter Network Foundation , defendant ,
Black Lives Matter Global Network Foundation , defendant ,
Movement for Black Lives , defendant ,
Black Lives Matter Dallas , defendant ,
Center for 3rd World Organizing , defendant ,
Barred Business Foundation , defendant ,
Classi Nance , defendant ,
Bethany Bass , defendant ,
Denise Ruben , defendant ,

Honesty L. Truth
pro se litigant
thelegalroom122@gmail.com
P. O. Box 11053
Louisville , Kentucky , 40251
( 502 ) 281 - 8906

Plaintiffs Original Petition

No.

In the United States District Court

for the Northern District of Texas

Dallas Division

Honesty L. Truth

v.

Black Lives Matter , et al ., defendant ,
In Defense of Black Lives , defendant ,
Black Lives Matter Network Foundation , defendant ,
Black Lives Matter Global Network Foundation , defendant ,
Black Lives Matter Dallas , defendant ,
Barred Business Foundation , defendant ,
Classi Nance , defendant ,
Bethany Bass , defendant ,
Denise Ruben , defendant ,

Plaintiffs Original Petition

TO THE HONORABLE COURT :

Honesty L. Truth , last three numbers of social security number 012 , last four numbers of Florida Drivers License number 891-0 , the plaintiff complains of defendant, Black Lives Matter , et al ., defendant , In Defense of Black Lives , defendant , Black Lives Matter Network Foundation , defendant , Black Lives Matter Global Network Foundation , defendant , Movement for Black Lives , defendant , Black Lives Matter Dallas , Center for 3rd  World Organizing , defendant , Barred Business Foundation , defendant , Classi

Nance , defendant , Bethany Bass , defendant , Denise Ruben , for cause of action shown:

Selection of Discovery Level

The plaintiff Honesty L. Truth affirmatively pleads that she seeks monetary relief aggregating $25,000,000.00 , excluding interest , statutory or punitive damages , attorneys fees and costs , so that this case is governed by the procedures of Civil Procedure Rule 169 and discovery should therefore be conducted in accordance with Civil Procedure Rule 190.3

Count I. Fraudulent Inducement

Count II. Fraudulent Omission

Count III. Fraudulent Misrepresentation

Count IV. Fraud

Count V. Negligence

Count VI. Gross Negligence

Count VII. Professional Negligence

Count VIII. R. I. C. O

Count X. Violation of Deceptive Trade Practices Act

o The Honorable Court :

Honesty Love Truth , last three numbers of social security number 012 , last four numbers of Florida drivers license number 891 - 0 , the plaintiff , complains of defendant , Black Lives Matter , defendant , In Defense of Black Lives , defendant , Black Lives Matter Network Foundation , defendant , Black Lives Matter Global Network Foundation , defendant , Movement for Black Lives , defendant , Black Lives Matter Dallas ,

defendant , Barred Business Foundation , defendant , Classi Nance , defendant , Bethany Bass , defendant , Denise Ruben , for cause of action shown :

Selection of Discovery Level

The plaintiff Honesty Love Truth affirmatively pleads that she seeks monetary relief aggregating  $25,250,000.00 excluding interest , statutory damages , attorneys fees and costs , so that this case is governed by the procedure of Civil Procedure Rule 169 and discovery should therefore be conducted in accordance with Civil Procedure Rule 190.3

Parties and Service of Citation

The plaintiff Honesty L. Truth is a resident of Florida. The defendant Black Lives  Matter headquarters is in California , where service can be had on the defendant at 1330 Broadway 3rd Floor , Oakland , California , 94612 - 2504. The defendant , In Defense of Black Lives is headquartered in California , where service can be had on the defendant at 3655 South Grand Avenue , Los Angeles , California , 90007. The defendant , Black Lives Matter Network Foundation is headquartered in California where service can be had on the defendant at 1330 Broadway 3rd Floor , Oakland , California , 94612 - 2504. The defendant Black Lives Matter Global Network Foundation is headquartered in California, where service can be had on the defendant at  3655 South Grand Avenue , Los Angeles , California , 90007. The defendant Movement for Black Lives , headquarters is unknown , where service can be had on the defendant is unknown. The defendant Black Lives Matter Dallas headquarters is unknown ,where service can be had on the defendant at 1619 Daystar Drive , Dallas , Texas. The defendant, Barred Business Foundation is headquartered in Georgia , where service can be had on the defendant at 477 Windsor Street ,S.W. Suite 204a , Atlanta , Georgia , 30312. The defendant  Classi Nance is a resident of Texas , where service can be had on the defendant is unknown. The defendant Bethany Bass is a resident of New York , where service can be had on the defendant is unknown. The defendant Denise Ruben is a Georgia resident, where service can be had on the defendant at 477 Windsor Street S.W. , Suite 204a , Atlanta , Georgia , 30312.

Statement of Relief Sought Damages Within Jurisdiction of Court

The plaintiff seeks monetary relief of $36, 830,000.00 in punitive damages excluding interest , statutory damages , penalties , attorneys fees and costs , and pre - and post judgement interest , as well as $12,510,000.00 compensatory damages. Non economic damages in the amount of $250,000.00. Economic damages in the amount of $2,500,000.00 , $5,000,000.00 in mental anguish , and $8,000,000.00 in exemplary damages. For Count I. Fraudulent Inducement the plaintiff seeks relief for compensatory damages in the amount of $1,000,000.00 and $2,500,000.00 in punitive damages. For Count II. Fraudulent Omission the plaintiff seeks relief for compensatory damages in the amount of $1,000,000.00 and $3,000,000.00 in punitive damages. For Count III. Fraudulent Misrepresentation the plaintiff seeks relief for compensatory damages in the amount of $2,000,000.00 and $6,000,000.00 in punitive damages. For Count IV. Fraud the plaintiff seeks relief for compensatory damages in the amount of $2,000,000.00 and $6,000,000.00 in punitive damages. For Count V. Negligence the plaintiff seeks relief for compensatory damages in the amount of $2,000,000.00 and $6,000,000.00 in punitive damages.

For Count VI. Gross Negligence the plaintiff seeks relief for compensatory damages in the amount of $1,000,000.00 and $3,000,000.00 in punitive damages. For Count VII. Professional Negligence the plaintiff seeks relief for compensatory damages in the amount of $1,500,000.00 and $4,500,000.00 in punitive damages. For Count VIII. R.I.C.O the plaintiff seeks relief for compensatory damages in the amount of $1,000,000.00 and $2,500,000.00 in punitive damages. For Count IX. Violation of Deceptive Trade Practices Act the plaintiff seeks relief for compensatory damages in the amount of $1,000,000.00 and $3,000,000.00 in punitive damages. For Count X. Property Damage the plaintiff seeks relief for compensatory damages in the amount of $10,000.00 and $30,000.00 in punitive damages.

Due to diversity of residence and the amount of damages sought in controversy , these claims are within the jurisdiction of the court pursuant to 28 U.S.C.S. subsection 1332 , which concluded that district courts shall have original jurisdiction over all civil actions where the amount in controversy exceeds the amount of $75,000.00 excluding interest and costs , and includes citizens of different states between parties. This actions matter in controversy exceeds the sum of $75,000.00 and has diversity of citizenship between parties.

Cause of Action Relationship of Parties

On or around June ,14 , 2023 the plaintiff contacted defendant , Denise Ruben , the founder of defendant Barred Business , who associates with the Black Lives Matter National Network , and the Center for 3rd World Organizing. When the plaintiff , Honesty Love Truth had a representative to contact the defendant Denise Ruben , on or around June 14 , 2023 it was in regards to the plaintiff  needing a secure location for the plaintiff Ms. Truth to tow her vehicle to and store for a fairly long period of time. The defendant, Denise Ruben, shortly after, returned a contact for tow and storage to the plaintiff, Ms. Truth's representative. The contact was the information of defendant Classi Nance , the , then , director of defendant , Black Lives Matter Dallas , and the , then Artistic Director of defendant, In Defense of Black Lives the connection was made via phone call, text message , and email.

After defendant , Denise Ruben had connected the plaintiff , Honesty Truths representatives together. The plaintiff , Honesty Truth , oner of her representatives Mary Reese , and the defendant Classi Nance , engaged in an initial recorded three way phone call on June 15 , 2023 that involved a Parker County , Texas , Jail phone system , involving Correct Solutions Group , because at the time of the connection the plaintiff Honesty Truth was incarcerated actively fighting a verbal retaliation charge.

The plaintiff Ms. Truth needed her car towed and stored because her bond was forfeited , she was incarcerated , with little to no Texas connections. On the June 15 , 2023 , three way call with defendant , Classi Nance , plaintiff , Honesty Truth , and non party Mary Reese , Classi Nance committed to helping hold the plaintiffs 2010 Black Mercedes C 300. After making that commitment and arranging the drop off location and time with the non party , plaintiffs representative Mary Reese. The non party representative for the plaintiff Mary Reese contacted her roadside assistance provider American Automobile Association , Inc., to have the vehicle towed from 605 Meadow Creek Drive , Irving , Texas , to the address provided by defendant , Black Lives Matter Dallas , and In Defense of Black Lives , then director , defendant , Classi Nance , 1619 Daystar Dr. Dallas , Texas. The tow cost non party , Mary Reese , $100 on her American Automobile Association , Inc ., membership.

Please take judicial notice and review ( Exhibit 1 ) a copy of the American Automobile Association Ledger / Invoice

Non party Mary Reese was under the impression that the tow was completed with the plaintiff, Honesty Truth's contact , defendant Classi Nance. Non party followed up with defendant Classi Nance about the tow , following it's alleged completion that night, by

sending a notification to defendant , Classi Nance. Defendant , Classi Nance did not respond to the text message.

Please take judicial notice and review ( Exhibit 2 ) A screenshot of the message about the tow from non party Mary Reese received by defendant Classi Nance, that defendant Classi Nance did not respond to.

Following the tow the defendant Black Lives Matter Dallas , defendant In Defense of Black Lives , defendant Classi Nance , defendant Black Lives Matter National Network , made clear that they would join defendant Denise Ruben , defendant Barred Business , in assisting the plaintiff, Honesty Truth fight her criminal case pro se. The defendant Classi Nance , connected the plaintiff, Honesty Truth with the defendant Bethany Bass, a member of defendant , In Defense of Black Lives,  which appears to be a representation of defendant, Black Lives Matter National Network , and defendant, Black Lives Matter Global Network. Defendant, Bethany Bass at this time in 2023 was a grade school counselor that moved from Texas to New York City.

The representative for defendant , Black Lives Matter Dallas , and defendant , In Defense of Black Lives , that was the direct contact between the plaintiff Honesty Truth and the above organizations was defendant , Bethany Bass. Bethany Bass had orally committed to assisting the plaintiff fight her case on multiple recorded calls on the Parker County Texas Jail phone calls that were generated through the Correct Solutions Group phone services. Bethany Bass had also committed to assisting the plaintiff in her criminal trial via group text messaging in a message that included the plaintiffs mothers phone number 502-281-8906 and the plaintiffs sisters phone number 502-281-8907.

Prior to Bethany Bass committing to assist in the plaintiff Honesty Truth's criminal proceedings , defendant Denise Ruben committed to assisting with the plaintiffs criminal proceedings. These task would entail that Denise Ruben would sit on the phone and listen to the plaintiff Honesty Truth read off various Motions and Subpoenas , that the listener on the other end of the phone would type.

The plaintiff Honesty Truth spent hundreds if not thousands of dollars reading various Motions and Subpoenas she had designed, while assisting in instructing the listener to properly type up the Motion and / or Subpoena that was being prepared at that time. Denise Ruben helped to type up most of these motions and Subpoenas, however she titled them incorrectly placing the plaintiffs former name Kendra Anderson before the plaintiffs legal name Honesty Truth and / or by placing the plaintiffs former name on the documents at all. Defendant Denise Ruben also had committed to mailing the plaintiffs

motions and Subpoenas by certain deadlines, at appears that the defendant , Denise Ruben mailed in some Motions to the Parker County Texas 43rd District Clerks Office via FedEx around May 16, 2023 that did not arrive on time.

In the month of June 2023 the plaintiff began to schedule with the defendant Denise Ruben, to assist with her suppression hearing. Around this time in the month of June 2023 , defendant Black Lives Matter Dallas , defendant In Defense of Black Lives , defendant , Classi Nance , defendant Bethany Bass , defendant Denise Ruben , Defendant Black Lives Matter , et al. , and other non Parties began to plan protests and or appearances for the plaintiff Honesty Truth's upcoming pre-trial hearings, and trial hearings. Defendant Classi Nance stopped answering the phone and instructed the plaintiff deal directly with defendant, Bethany Bass. Defendant Bethany Bass advised that she had arranged spectators to the court hearings, they never showed.

Around July 4 ,2023 defendant , Bethany Bass had committed to assisting plaintiff Honesty print and file subpoenas, as the days went on defendant , Bethany Bass aborted the task. Around July , 5 , 2023 defendant , Bethany Bass sent a group text message to non party Mary Reese and non party Kassondra Harris stating that , defendant , In Defense of Black Lives had $250 to go towards the plaintiffs subpoenas , however , shortly after , defendant , Bethany Bass announced in a separate group text message that she no longer wished to be included in group messages regarding the leader of the discussion , the plaintiff, Honesty Truth. People included in the group text messaging was Kassondra Harris , a then supervisor for the state of Kentucky's Cabinet for Health and Family Services , Saskia Hill a Director of Nursing of a Seattle Washington facility , Mary Reese , the plaintiffs mother, and three members of society who were volunteering to help the plaintiff, and some of the group text also included defendant, Denise Ruben. Defendant, Bethany Bass' commentary , disengaged heavily involved actors supporting the plaintiff Honesty Truth in her criminal case.

As the plaintiff Honesty Truth's trial date near, defendant, Denise Ruben became less and less responsive ultimately not filing the plaintiff , Honesty Truth's Subpoenas as early as originally planned. Also due to defendant, Bethany Bass backing out on the subpoenas not only were they filed at short notice, at the expense of the plaintiff Honesty Truth and her mother Mary Reese by a separate non party, defendant Denise Ruben, and defendant Bethany Bass failed to provide all of the Subpoenas need, including the Subpoenas for Parker County Sheriff's Departments jail facility video surveillance.

The plaintiff lost the August 2023 trial, and later learned that her vehicle is missing , following multiple attempts to contact Classi Nance who has been unresponsive to text and will only respond in phone calls.

Please take judicial notice and review ( Exhibit 3 ) photos of the area to the address provided by Classi Nance 1619 Daystar Dr, Dallas , Texas , no 2010 Black Mercedes Benz C 300 in sight.

Following defendant, Bethany Bass , message in the group text , the plaintiff loss support from peers and others in society , loss the trial , loss the help of Denise Ruben , loss the help of Saskia Hill and others in the group text, loss the trial, and loss her car that was allegedly left at a Black Lives Matters members home.

The defendant, Black Lives Matter , et al., defendant Black Lives Matter Network Foundation , defendant Black Lives Matter Global Network , defendant , In Defense of Black Lives , defendant Movement for Black Lives , defendant Black Lives Matter Dallas , and defendant Bethany Bass , should have known that the text !messages and emails she engaged in pertaining to the plaintiff Honesty Truth would be read by others in the messaging thread ultimately influencing others included in the thread by discouraging them to continue to support the plaintiff Honesty Truth. The defendant, Bethany Bass and the defendants she represents should have also known that her messages were being repeated back to the plaintiff on a recorded line that could potentially be overheard by the District Attorney's office and potentially others.

The defendant Black Lives Matter Global Network Foundation , defendant , Black Lives Matter Network Foundation , defendant , Black Lives Matter Dallas, defendant , Bethany Bass , defendant Classi Nance , defendant , Barred Business , and defendant , Denise Ruben Fraudulently Induced the plaintiff to share personal information , and or legal knowledge , and legal documents , and legal literature , in exchange for either help that was never provided , help that was not completely successfully done , financial help that was not wholly satisfied , or help through man power that was not fully met to capacity , or not fulfilled at all.

The directly above defendants excluding defendant, Denise Ruben and defendant, Barred Business , also defrauded the plaintiff by omitting information pertaining to the towing and storage of the plaintiff Honesty Truth's , vehicle, as well as the assistance and funding of her court case. The defendants , et all ., engaged in a racketeering conspiracy against the plaintiff and her representatives. The defendants , et all .,

personally injured the plaintiff, through their acts of negligence , gross negligence , professional negligence , and variations of fraud.

The defendants , Black Lives Matter , et all ., conduct has caused a domino effect which has led the plaintiffs life to be directly and indirectly impacted as a result of the defendants conduct when considering the totality of the circumstances. The plaintiff was later convicted of retaliation in August 2023 , following the defendants , et al ., tortuous acts. Her conviction is a direct and indirect result of the defendants , et al ., Their conduct has influenced others to partake in the disenfranchisement of the plaintiff. The defendants conduct has interfered with the plaintiffs life circumstances, personal and business relationships , causing economic harm injury over $49,590,000.00.

 Therefore on the occasion in question the plaintiff Honesty Truth seeks relief for the alleged damage committed by the defendants for these claims

Count I. Fraudulent Inducement

Count II. Fraudulent Omission

Count III. Fraudulent Misrepresentation

Count IV. Fraud

Count V. Negligence

Count VI. Gross Negligence

Count VII. Professional Negligence

Count VIII. R. I. C. O.

Count IX. Violation of Deceptive Trade Practices Act

Count X. Personal Injury

Retail

U.S. POSTAGE PAID
FCM LG ENV
LOUISVILLE, KY 40211
AUG 13, 2025

$8.30

S2324K505241-22

75242

RDC 99

UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL

9589 0710 5270 2440 6032 13

FROM:

Honesty L Truth
P.O. Box 11053
Lou, KY 40251

TO:

EARLE CABEL FEDERAL BLDG.
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 Commerce St,
DALLAS, TEXAS 75242



RECEIVED
AUG 27 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ReadyPost

Utility Mailer
10 1/2" x 16"