**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Northern **DISTRICT OF TEXAS**
Dallas **DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

OCT - 8 2025    KM

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Honesty Truth 024462756
Plaintiff's name and ID Number

Patrick O'Daniel
Place of Confinement

3:25-CV-2335

CASE NO._____
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

Black Lives matter, Et Al.,
Defendant's name and address

I, Honesty Truth , declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.    Have you received, within the last 12 months, any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or from self-employment? | Yes ☐ | No ☑ |
| b. | Rent payments, interest or dividends? | Yes ☐ | No ☑ |
| c. | Pensions, annuities or life insurance payments? | Yes ☐ | No ☑ |
| d. | Gifts or inheritances? | Yes ☐ | No ☑ |
| e. | Family or friends? | Yes ☑ | No ☐ |
| f. | Any other sources? | Yes ☐ | No ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

Family and friends put money on Securus Debit and trust fund account from $100 to $400 a month

2.    Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☑    No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

Had less than $10 in trustfund, might hav had a medical payment charged

1

☆ATCIFP (REV. 9/02)

3.    Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☑        No ☐

If you answered **YES**, describe the property and state its approximate value.

MERCEdES C300 worth up to $10,000.00 REPoRted
Stolen to the DAllAs Police

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___30th___ day of ___SEPtembER___, 20 _25_.

_____        02462756
Signature of Plaintiff                            ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE              09/30/25
1N0Y/ML00177                IN-FORMA-PAUPERIS DATA                      09:20:14
TDCJ#: 02462756 SID#: 19600365 LOCATION: PATRICK L. O'DA INDIGENT DTE: 09/29/25
NAME: ANDERSON,KENDRA                      BEGINNING PERIOD: 03/01/25
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:        4.73 TOT HOLD AMT:        0.00 3MTH TOT DEP:       173.55
6MTH DEP:         448.55 6MTH AVG BAL:       17.92 6MTH AVG DEP:        74.76
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/25     24.95          30.00         05/25     60.51          60.00
07/25      2.65           0.00         04/25     86.21          60.00
06/25    144.76         143.55         03/25    105.46         155.00
```

STATE OF TEXAS COUNTY OF
ON THIS THE 30 DAY OF September 2025, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _____
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



Lisa Taylor
ID# 134451797
Notary Public, State of Texas
My Commission Expires
07/21/2027
Notary Without Bond

Texas Department of Criminal Justice
Kendra Anderson TDCJ# 02462756
2305 Ransom Road
Gatesville, Texas, 76528

AUSTIN TX 787
RIO GRANDE DISTRICT
2 OCT 2025   AM3 L

1775 ★



United States District Court
for the Northern District of Texas
Dallas Division
1100 Commerce Street
Dallas, Texas, 75242

OCT - 8 2025

KM

75242-102799