IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HONESTY L. TRUTH,<br>TDCJ NO. 2462756 | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| V. | §<br>§ | No. 3:25-cv-2335-G-BN |
| BLACK LIVES MATTER, ET AL., | §<br>§ | |
| Defendants. | §<br>§ | |

## **<u>PLRA FILING FEE ORDER</u>**

Plaintiff Honesty L. Truth, a Texas inmate under the name Kendra Anderson, filed a *pro se* complaint. *See* Dkt. No. 3. And Senior United States District Judge A. Joe Fish referred Truth's complaint to the undersigned United States magistrate judge for pretrial management under 28 U.S.C. § 636(b) and a standing order of reference.

And, considering Plaintiff's motions for leave to proceed *in forma pauperis* [Dkt. Nos. 4, 8] and the Prison Litigation Reform Act ("PLRA"), the Court ORDERS as follows:

1.     Plaintiff is GRANTED leave to proceed under 28 U.S.C. § 1915. And the agency having custody of her shall forward to the Court, when funds exist in her inmate trust account or institutional equivalent, an initial partial filing fee of **<u>$14.95</u>** – 20% of the average monthly deposits of her inmate trust account over the 6-month period during which she was incarcerated preceding the filing of the complaint [$74.76]. *See* Dkt. No. 8 at 3; 28 U.S.C. § 1915(b)(1).

2.     Plaintiff shall pay **$335.05**, the balance of the filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(1). After payment of the initial partial filing fee, if any, the agency having custody of Plaintiff shall deduct 20% of each deposit made to Plaintiff's inmate trust account and forward payments to the Court on a regular basis provided the account exceeds **$10.00**.

3.     Service of process shall be withheld pending further judicial screening under 28 U.S.C. § 1915(e)(2) and/or 28 U.S.C. § 1915A.

4.     Accordingly, no amendments or supplements to the complaint shall be filed without prior Court approval. A complete amended complaint shall be attached to any motion to amend allowed. All discovery in this case is stayed until Defendant(s) are ordered to answer by the Court. And no motions for appointment of counsel shall be filed until the Court has completed its screening.

5.     Plaintiff shall notify the Court of any change of address by filing a written Notice of Change of Address with the Clerk. Failure to file such notice may result in this case being dismissed for want of prosecution.

6.     The Clerk shall transmit a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting, and remitting to the Court the filing fee payments on behalf of inmates, as designated by

- 3 -

the facility in which Plaintiff is confined.

      SO ORDERED.

      DATED: October 15, 2025

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE